**No. 10-8004. Jose Pablo Urbina Solera, Petitioner v. Pension Fund of America L.C., et al.**

562 U.S. 1231, 131 S. Ct. 1498, 179 L. Ed. 2d 326, 2011 U.S. LEXIS 1559.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 379 Fed. Appx. 832.